| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Label Impressions, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081410 | $8,344.29 | 12/12/2019 | 175128 | 11/5/2019 | $8,344.29 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081323 | $2,039.34 | 12/5/2019 | 175103 | 11/4/2019 | $672.37 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081323 | $2,039.34 | 12/5/2019 | 175102 | 11/4/2019 | $1,366.97 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081138K | $2,523.81 | 11/26/2019 | 174872 | 10/22/2019 | $1,997.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081138K | $2,523.81 | 11/26/2019 | 174834 | 10/22/2019 | $526.06 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080796 | $1,681.16 | 10/31/2019 | 174249 | 9/17/2019 | $850.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080796 | $1,681.16 | 10/31/2019 | 174244 | 9/17/2019 | $830.52 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080623 | $9,358.18 | 10/17/2019 | 174205 | 9/13/2019 | $4,633.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080623 | $9,358.18 | 10/17/2019 | 174204 A | 9/13/2019 | $91.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080623 | $9,358.18 | 10/17/2019 | 174204 | 9/13/2019 | $4,633.20 |

**Totals:** 5 transfer(s), $23,946.78